David A. Peck (Cal. Bar No. 171854)
Ross M. Campbell (Cal. Bar No. 234827)
**Coast Law Group, LLP**
1140 S. Coast Hwy 101
Encinitas, California 92024
Tel: (760) 942-8505
Fax: (760) 942-8515
Email: dpeck@coastlawgroup.com
       ross@coastlawgroup.com

Attorneys for Defendants and Counterclaimants,
VALENTUS, INC. and DAVID JORDAN

GRANTED
Judge Thomas S. Hixson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED LABORATORIES INTERNATIONAL, LLC, <br><br>    Plaintiff, <br><br>v. <br><br>VALENTUS INTERNATIONAL; DAVE JORDAN, and DOES 1-20, inclusive, <br><br>    Defendants. <br><br>─────────────────────── <br><br>VALENTUS, INC., a Nevada Corporation; and DAVID JORDAN, an individual; <br><br>    Counterclaimants, <br><br>v. <br><br>ADVANCED LABORATORY INTERNATIONAL, LLC; a Nevada limited liability company; VITAE GLOBAL, LLC, a Wyoming limited liability company; and LOUIS VOLPE, an individual; <br><br>    Counterdefendants. | Case No. 17-mc-80096-TSH <br><br>**VALENTUS, INC.'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL** <br><br><u>Related/Underlying Action</u>: <br>*Advanced Laboratories International, LLC v. Valentus International, et al.*, United States District Court for the Eastern District of California, Case No. 2:17-cv-00141-TLN-CMK |

**TO THE HONORABLE COURT:**

Defendant and Counterclaimant VALENTUS, INC. ("Valentus") filed this Miscellaneous Action to enforce a Subpoena to Produce Documents served on nonparty Steven Michelucci. The underlying action has been pending in the United States District Court for the Eastern District of California, and is entitled *Advanced Laboratories International, LLC v. Valentus International, et al.*, Case No. 2:17-cv-00141-TLN-CMK (the "Underlying Action").

Valentus hereby provides notice that the parties to the Underlying Action have settled the case in its entirety, and have requested that it be dismissed with prejudice. Because the Underlying Action through which the Subpoena was issued has been settled, Valentus likewise requests that the Court dismiss this Miscellaneous Action in its entirety.

Dated: February 22, 2018

Respectfully submitted,
COAST LAW GROUP, LLP

/s/ Ross M. Campbell
Ross M. Campbell (Cal. Bar No. 234827)
1140 South Coast Highway 101
Encinitas, California 92024
Telephone: (760) 942-8505
Email: ross@coastlawgroup.com
*Counsel for Valentus, Inc. and David Jordan*